IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

| | |
|---|---|
| Courtroom Deputy: Emily Seamon<br>Court Reporter:  Kara Spitler | Date: December 13, 2011 |

Civil Action No. 11-cv-02127-DME-CBS

| *Parties:* | *Counsel:* |
|---|---|
| KATHLEEN MILLS, | Joseph Lyon |
|    Plaintiff, | |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA, a corporation, and<br>STEPHEN MILLS, an individual, | Lawrence Michael Brooks<br><br>Michael Roche<br>Alexander Clayden |
|    Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: MOTIONS

**2:30 p.m.    Court in session.**

Appearances of counsel.

Also present: Plaintiff Kathleen Mills and Defendant Stephen Mills.

Statement by the Court regarding the Ridgway case, a state law of constructive trust, fraud, the SGLI beneficiary designation, and the right to change beneficiaries.

Discussion between the Court and counsel regarding Defendant Stephen Mills' Motion to Dismiss [Doc. No. 12] and Defendant The Prudential Insurance Company of America's Motion to Dismiss [Doc. No. 14].

| | |
|---|---|
| 2:41 p.m. | Argument presented by Mr. Roche. |
| 3:09 p.m. | Argument presented by Mr. Brooks. |
| 3:30 p.m. | Argument presented by Mr. Lyon. |
| 3:49 p.m. | Rebuttal argument presented by Mr. Brooks. |
| 3:54 p.m. | Rebuttal argument presented by Mr. Roche. |
| 4:00 p.m. | Rebuttal argument presented by Mr. Lyon. |

**ORDERED:** Any submissions regarding the mootness of the state divorce action shall be submitted to the Court no later than **5:00 p.m. on Tuesday, December 20, 2011**.

**ORDERED:** Defendant Stephen Mills' Motion to Dismiss [Doc. No. 12] is TAKEN UNDER ADVISEMENT.

**ORDERED:** Defendant The Prudential Insurance Company of America's Motion to Dismiss [Doc. No. 14] is TAKEN UNDER ADVISEMENT.

**4:02 p.m.    Court in recess.**

Hearing concluded.

Total in-court time:  1:32