**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-02127-DME-CBS

KATHLEEN MILLS,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation;
STEPHEN MILLS, an individual,

    Defendants.

---

**ORDER**

---

    This matter comes before the court following a remand from the Tenth Circuit Court of Appeals. (Doc. 57.) In an appeal before that court, the Court of Appeals granted Defendant Stephen Mills's motion, made pursuant to Colo. Rev. Stat. § 13-17-201, for appeal-related attorneys' fees. The appeals court then remanded the case to this court with instructions to determine the amount of the appeal-related fees to be awarded. To that end, the court orders Stephen Mills, within twenty-one days from the date of this order, to file a brief of no more than ten pages in length, addressing the amount of appeal-related attorneys' fees that should be awarded, accompanied by any necessary supporting documentation. Plaintiff Kathleen Mills may file a response, of no more than ten pages in length, within twenty-one days of the date she is served with Stephen Mills's brief. Within fourteen days of being served with Kathleen Mills's response, Stephen Mills may file a reply, if he chooses, of no more than ten pages in length.

Dated this __29th__ day of _____April__, 2013.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE