IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02127-DME-CBS

KATHLEEN MILLS,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation;
STEPHEN MILLS, AN INDIVIDUAL,

    Defendants.

## JUDGMENT ON ATTORNEYS' FEES

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(d) and 58(a), the following Judgment on Attorneys' Fees is hereby entered.

Pursuant to the **Order Granting Appellate Attorneys' Fees to Stephen Mills** entered by Senior Circuit Judge David M. Ebel on February 11, 2014, it is

**ORDERED** that Defendant's **Renewed Motion for Award of Appellate Attorneys' Fees** filed December 19, 2013, [65], is **GRANTED**.  It is

**FURTHER ORDERED** that appellate-related attorneys' fees in the amount of $6,253.50 are awarded in favor of Defendant, Stephen Mills, and against Plaintiff, Kathleen Mills.

    Dated at Denver, Colorado this 24th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Nel Steffens

Nel Steffens
Deputy Clerk

Approved by the Court:

s/ David M. Ebel
David M. Ebel
U. S. Circuit Court Judge